UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JONATHAN BARBER,
        Plaintiff,

v.                                  **JUDGMENT**

                                       No. 7:16-CV-361-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,276.59.

**This Judgment Filed and Entered on May 9, 2018, and Copies To:**

Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)


May 9, 2018                        PETER A. MOORE, JR., CLERK
                                       /s/ Susan W. Tripp
                                     (By) Susan W. Tripp, Deputy Clerk